# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD ) <br> PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> KATELYNN LOOK: ) <br> ) | MDL DOCKET NO. 2974 <br><br> (1:20-md-02974-LMM) <br><br> **This Document Relates to:** <br> 1:23-CV-02973 |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Plaintiff's consent motion to extend time for Plaintiff to respond to Defendants' (Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, Teva Branded Pharmaceutical Products R&D, Inc, The Cooper Companies, Inc., and CooperSurgical, Inc.) motion to dismiss converted into a motion to summary judgment [Docs. 709 & 888] having come before the Court, and just cause having been shown, said motion is GRANTED and it is hereby ORDERED that Plaintiff will have seven (7) days to respond to the Defendants' motions for summary judgment, up to and including, March 11, 2025.

So ordered this 5th day of March, 2025.

_____
**Honorable Leigh Martin May**
**United States District Judge**